Case 6:14-cr-00035-LY Document 32 Filed 01/20/17 Page 1 of 1

Clerk, U.S. District Court
Southern District of Texas
FILED

JAN 17 2017

David J. Bradley, Clerk of Court

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 6:14CR00035-1 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec. Court) |
| | | 2:17CR32-1 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rodrigo Sanchez-Juarez<br>Corpus Christi, Texas | Western Texas | Waco |
| | NAME OF SENTENCING JUDGE | |
| | Walter S. Smith, Jr., United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/04/2015 — TO 12/03/2017 |

**OFFENSE**

Illegal Re-Entry into the United States - 8 U.S.C. § 1326(a) and (b)(2)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Western** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **Southern District of Texas** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

December 20, 2016.
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE **Southern** DISTRICT OF **Texas**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/17/17
Effective Date

*United States District Judge*